UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON LLOYD ROSS,<br><br>Defendant. | Case No.: 2:15-cr-302<br><br>ORDER FOR ISSUANCE OF<br>WRIT OF HABEAS CORPUS<br>AD PROSEQUENDUM FOR<br>JASON LLOYD ROSS<br>(ID#) 7019744 |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **JASON LLOYD ROSS** before the United States District Court at Las Vegas, Nevada, on or about Tuesday, 11/3/15 VCF, Courtroom 3D, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: October 27, 2015

_____
UNITED STATES MAGISTRATE JUDGE

DANIEL G. BOGDEN
United States Attorney
District of Nevada
PHILLIP N. SMITH, JR.
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada  89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr- 302 |
| Plaintiff, | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR JASON LLOYD ROSS |
| vs. | (ID#) 7019744 |
| JASON LLOYD ROSS, | |
| Defendant. | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **JASON LLOYD ROSS**, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **JASON LLOYD ROSS** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **JASON LLOYD ROSS** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on ___ Tuesday, 11/3/15 VCF, Courtroom 3D ___, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **JASON LLOYD ROSS** before the United States District Court on or about ___ Tuesday, 11/3/15 VCF, Courtroom 3D ___, at the hour of 3:00 p.m., for

1 arraignment and from time to time and day to day thereafter until excused by the Court has
2 been ordered by the United States Magistrate or District Judge for the District of Nevada.

3     WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad
4 Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center,
5 Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding
6 them to produce the said **JASON LLOYD ROSS** before the United States District Court on or
7 about __ Tuesday, 11/3/15 VCF, Courtroom 3D _____, at the hour of 3:00 p.m., for arraignment and from
8 time to time and day to day thereafter, at such times and places as may be ordered and directed
9 by the Court entitled above, to appear before the Court, and when excused by the said Court, to
10 be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

11     DATED this 27th day of October, 2015.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ Phillip N. Smith, Jr.*
PHILLIP N. SMITH, JR.
Assistant United States Attorney

2