1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

UNITED STATES OF AMERICA,   )
                            )
              Plaintiff,    )       2:15-cr-00302-JCM-CWH
        vs.                 )
                            )
JASON LLOYD ROSS            )
                            )
              Defendant.    )       **ORDER**
                            )

On December 23, 2015, this Court granted the defendant's request that new counsel be appointed.  (Min. Order (ECF No. 18).)

Accordingly, IT IS HEREBY ORDERED that James A. Oronoz is APPOINTED as counsel for Jason Lloyd Ross in place of the Federal Public Defender for all future proceedings.

The Federal Public Defender's office  shall forward the file to Mr. Oronoz forthwith.

DATED: December 23, 2015.

_____
UNITED STATES MAGISTRATE JUDGE