JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
ORONOZ & ERICSSON LLC
700 SOUTH 3RD STREET
Las Vegas, Nevada 89101
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com
*Attorneys for Jason Ross*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO: 2:15-CR-302-JCM-CWH |
| vs. | **UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCE INVESTIGATION REPORT AND PROPOSED ORDER** |
| JASON ROSS, | |
| Defendant. | |

COMES NOW, JASON ROSS, by and through his attorney of record, JAMES A. ORONOZ, ESQ., of the law firm ORONOZ & ERICSSON LLC, and hereby moves this Honorable Court to order the United States Department of Parole & Probation to conduct a pre-plea presentence investigation report of JASON ROSS as soon as possible.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

This request is based upon the pleadings and papers on file herein, the attached Memorandum of Points and Authorities, and any oral argument the Court may entertain.

Dated this 19th day of February, 2016.

*/s/ James A. Oronoz*
JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
700 South Third Street
Las Vegas, NV 89101
*Attorney for Jason Ross*

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. STATEMENT OF FACTS

On October 27, 2015, a federal grand jury returned an Indictment charging the Defendant, Jason Ross, with one count of possession of a firearm by a convicted felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

### II. LEGAL ARGUMENT

A presentence investigation may be initiated prior to entry of a guilty plea or nolo contendere or prior to the establishment of guilt. *See generally* Fed. R. Crim. P. 32.

Counsel requires a pre-plea presentence investigation report to determine whether Mr. Ross is potentially eligible for Career Offender or Armed Career Criminal.

Counsel understands that Mr. Ross has prior felony convictions, however, counsel cannot accurately calculate whether Mr. Ross qualifies as a Career Offender or for the Armed Career Criminal ("ACCA") sentencing enhancement without the information that would be provided in the Pre-Plea PSR. Mr. Ross' eligibility for Career Offender and the ACCA will drastically impact his sentencing exposure, potential negotiations, and his decision as to how he should proceed in this matter. In addition, the timing of Mr. Ross' prior convictions could impact his sentencing guideline range and criminal history score. A pre-plea presentence investigation report will promote judicial economy and could greatly expedite the manner in which this case is resolved. Furthermore, Mr. Ross consents to the pre-plea presentence investigation.

Counsel has spoken to the Government and they do not oppose the instant motion.

Therefore, undersigned counsel respectfully requests this Court issue an Order directing the United States Department of Parole & Probation to conduct a pre-plea presentence investigation report of Mr. Ross as soon as possible.

3

### III. CONCLUSION

Based on the foregoing, Defendant asks this Court to grant his Motion to Conduct a Pre-Plea Presentence Investigation Report. Defendant further requests this Court order the United States Department of Parole & Probation to conduct a pre-plea presentence investigation report of Mr. Ross as soon as possible.

Dated this 19th day of February, 2016.

*/s/ James A. Oronoz*
JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
700 South Third Street
Las Vegas, NV 89101
*Attorney for Jason Ross*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|             Plaintiff, | ) CASE NO: 2:15-cr-302-JCM-CWH |
|         vs. | ) **ORDER** |
| JASON ROSS, | ) |
|             Defendant. | ) |

IT IS HEREBY ORDERED that that the United States Department of Parole and Probation will prepare a Pre-Plea Presentence Investigation Report on Defendant JASON ROSS.

DATED this __1st__ day of __March__, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that I am an employee of Oronoz & Ericsson LLC and is a person of such age and discretion as to be competent to serve papers.

That on February 19, 2016, I served an electronic copy of the above and foregoing MOTION TO CONDUCT A PRE-PLEA PRESENTENCE INVESTIGATION REPORT AND PROPOSED ORDER by electronic service (ECF) to the person(s) named below:

DANIEL G. BOGDEN
United States Attorney
333 Las Vegas Blvd. South, #5000
Las Vegas, NV 89101
*Counsel for United States*

PHILLIP SMITH JR.
Assistant United States Attorney
333 Las Vegas Blvd. South, #5000
Las Vegas, NV 89101
*Counsel for United States*

/s/     *Lucas Gaffney, Esq.*
Employee of the Oronoz & Ericsson LLC